JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE JONES, <br><br> Plaintiff, <br><br> v. <br><br> GOODLEAP, LLC, a California Limited Liability Company; CALIFORNIA EFFICIENCY GROUP, INC., a California Corporation; HARTMAN HOME TRANSFORMATIONS LLC, a California Limited Liability Company; <br><br> Defendants. | Case No.: 2:24-CV-02574-SVW-AS <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH OUT PREJUDICE AND TOLLING STATUTE OF LIMITATIONS |

Based on the parties' stipulation, IT IS SO ORDERED. The matter is dismissed *without prejudice*. All other existing dates and deadlines in this matter are hereby vacated. Each party shall bear their own costs, expenses, and fees.

DATED: September 23, 2024      By: _____
                                Hon. Stephen V. Wilson
                                UNITED STATES DISTRICT JUDGE

- 1 -
Order